UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                        RE:    ELSBERRY, Curtis Scott
                                Docket Number:  2:98CR00254-01 LKK
                                **PERMISSION TO TRAVEL**
                                <u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

The releasee is requesting permission to travel outside the continental United States to the state of Alaska via cruise ship.  During this travel, the cruise ship will be stopping off at a port in Victoria, British Columbia, for approximately seven hours.  The releasee is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On December 7, 1999, the releasee was sentenced for the offense(s) of 21 USC 846 and 841(a)(1) - Conspiracy to Manufacture Marijuana.

**Sentence imposed:**  60 months Bureau of Prisons and 60 months Supervised Release to follow upon release.  Special conditions include search, drug aftercare program, and co-payment plan for treatment and/or testing.

**Dates and Mode of Travel:**  The releasee's travel is to take place from July 15, 2006, to July 25, 2006 aboard the Princess Cruises cruise ship.

**Purpose:**  Family vacation.

RE:     ELSBERRY, Curtis Scott
Docket Number:    0972 2:98CR00254-01
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Joseph N. Gama

**JOSEPH N. GAMA**
United States Probation Officer

DATED:    June 21, 2006
Redding, California
JNG:aph

               /s/ Richard A. Ertola
**REVIEWED BY:**

**RICHARD A. ERTOLA**
Supervising United States Probation Officer

---

**ORDER OF THE COURT:**

Approved    ✔                       Disapproved _____

June 22, 2006
**Date**                                     **LAWRENCE K. KARLTON**
Senior United States District Judge