PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:98CR00254-01** |
| ) | |
| **CURTIS SCOTT ELSBERRY** ) | |
| ) | |

On May 16, 2003, the above-named was placed on Supervised Release for a period of 5 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Joseph N. Gama

**JOSEPH N. GAMA
United States Probation Officer**

Dated:   December 11, 2007
            Redding, California
            JNG:aph

**REVIEWED BY:**   /s/ Richard A. Ertola
_____
**RICHARD A. ERTOLA
Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re:   **ELSBERRY, CURTIS SCOTT**
    **Docket Number:  2:98CR00254-01**
    **ORDER TERMINATING SUPERVISED RELEASE**
    **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

 January 4, 2008
**Date**

    **HON. LAWRENCE K. KARLTON**
    **Senior United States District Judge**

JNG:aph

Attachment:   Recommendation

cc:   United States Attorney's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG